1  DOUGLAS A. WICKHAM, Bar No. 127268
   dwickham@littler.com
2  ALYSSA S. GJEDSTED, Bar No. 284588
   agjedsted@littler.com
3  LITTLER MENDELSON, P.C.
   633 West Fifth Street, 63rd Floor
4  Los Angeles, CA  90071
   Telephone:  213.443.4300
5  Facsimile:   213.443.4299

6  Attorneys for Defendant
   KFORCE FLEXIBLE SOLUTIONS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON VIERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KFORCE FLEXIBLE SOLUTIONS, LLC, a corporation form unknown; and DOES 1 TO 50, inclusive,<br><br>Defendant. | Case No.  CV 19-4282-GW-RAOx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED.R.CIV.PROC. 41(a)]**<br><br>Complaint Filed: April 2, 2019<br>(Los Angeles County Superior Court) |

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation Re Order Dismissing Action With Prejudice, IT IS **HEREBY ORDERED, ADJUDGE AND DECREED** THAT this action and each claim for relief therein is hereby **DISMISSED WITH PREJUDICE**. Each party shall bears his and its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**SO ORDERED.**

Dated: December 3, 2019

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

4820-1645-9947.2 028977.1233